UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:06CR044-RLV |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR DISMISSAL OF |
| TINA CHATHAM CAVIN | ) | INDICTMENT AS TO |
| _____ | ) | TINA CHATHAM CAVIN |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case only as to defendant TINA CHATHAM CAVIN , *without prejudice*.

The Clerk is directed to certify copies of this Order to the United States Probation Office, the United States Marshals Service and the United States Attorney's Office.

Signed: June 26, 2008

Richard L. Voorhees
United States District Judge